UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose C., | Civ. No. 26-371 (PAM/DLM) |
| Petitioner, | |
| v. | ORDER |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

This matter is before the Court on the parties' Motion to Dismiss and Stipulation of Dismissal. (Docket No. 5.)

Accordingly, **IT IS HEREBY ORDERED that** the Motion (Docket No. 5) is **GRANTED** and this matter is **DISMISSED without prejudice**, and with each party to bear its own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 23, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge