# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose A. Castillo Guaman

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Daren K. Margolin, David Easterwood, U.S. Department of Homeland Security, Immigration and Customs Enforcement

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00371-PAM-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Motion (Docket No. 5) is **GRANTED** and this matter is **DISMISSED without prejudice**, and with each party to bear its own costs and attorney's fees.

Date: 1/23/2026

KATE M. FOGARTY, CLERK